# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Rudie Ray Soileau, Jr.
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

Jackey White South
Lundy, Lundy, Soileau & South
501 Broad Street
Lake Charles LA 70602

T. Houston Middleton, IV
Lundy, Lundy, Soileau & South
P. O. Box 3010
Lake Charles LA 70602

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 1, 2020

## REHEARING ACTION: July 1, 2020

**Docket Number: 19   00816-CA**

**HERMAN LEE HOOPER**
**VERSUS**
**LOUISIANA PIGMENT COMPANY, LP**

**Appealed from Calcasieu Parish Case No. 2013-1665**

**BEFORE JUDGES:**

> Hon. Elizabeth A. Pickett
> Hon. Shannon J. Gremillion
> Hon. Candyce G. Perret

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Louisiana Pigment Company, LP** has this day been

> **DENIED.**

cc: Richard Elliott Wilson, Counsel for the Appellee
    Somer G. Brown, Counsel for the Appellee
    Michael J. Williamson, Counsel for the Appellee